# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

137178

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JANA SMITH,
     Plaintiff,

v

PARKLAND INN/CASUALTY RECIPROCAL
EXCHANGE,
     Defendant,
and

MICHIGAN PROPERTY & CASUALTY
GUARANTY ASSOCIATION,
     Defendant-Appellee,
and

SECOND INJURY FUND (DUAL
EMPLOYMENT PROVISION),
     Defendant-Appellant.

SC: 137178
COA: 278676
WCAC: 06-000245

_____/

On order of the Court, the application for leave to appeal the July 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008 _____

                                         Clerk

1215